# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**STANLEY RANSOM III**                                                          **PLAINTIFF**

**V.**                          **CASE NO. 4:12CV00064 SWW/BD**

**PATRICIA WINTERS, et al.**                                                    **DEFENDANTS**

## ORDER

Before the Court is plaintiff's motion for an extension of time to file objections to the Partial Recommended Disposition which plaintiff says he received on March 20, 2012. The motion [docket entry 35] is granted. Plaintiff has until and including April 3, 2012, to file any objections.

IT IS SO ORDERED this 27th day of March, 2012.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE