# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**STANLEY RANSOM III**                                                                        **PLAINTIFF**

V.                              **CASE NO. 4:12CV00064 SWW/BD**

**PATRICIA WINTERS, et al.**                                                              **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that it should be, and hereby is, approved and adopted as this Court's findings, in all respects.

Mr. Ransom's claims regarding the Defendants' failure to protect him from the alleged attack by inmate Kennedy; the deficiencies in the Detention Center's grievance procedure; and the Defendants' alleged interference with his legal mail are DISMISSED, without prejudice. In addition, Mr. Ransom's claims against the named Defendants in their official capacities are also DISMISSED, without prejudice.

IT IS SO ORDERED, this 30th day of March, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE