IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**STANLEY RANSOM, III**                                                                                   **PLAINTIFF**

V.                              **CASE NO. 4:12CV00064 SWW/BD**

**PATRICIA WINTERS, et al.**                                                                      **DEFENDANTS**

## ORDER

Plaintiff Stanley Ransom, III, formerly an inmate at the Faulkner County Detention Center, filed a pro se complaint under 42 U.S.C. § 1983. Mr. Ransom is proceeding *in forma pauperis* and has now been released from the Faulkner County Detention Center.

Recently, Defendants moved to compel Mr. Ransom to respond to their discovery requests. (Docket entry #43) By Order of April 5, 2012, Mr. Ransom was ordered to respond to both the motion to compel and the Defendants' discovery requests. (#45) Mr. Ransom was warned that failure to comply with the Court's Order could result in dismissal of his lawsuit.

Mr. Ransom has failed to comply with the Court's Order and the time to do so has passed. Therefore, his Complaint is dismissed, without prejudice, under Local Rule 5.5(c)(2).

IT IS SO ORDERED this 16th day of May, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE