# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**STANLEY RANSOM, III**                                                                              **PLAINTIFF**

**V.**                          **CASE NO. 4:12CV00064 SWW/BD**

**PATRICIA WINTERS, et al.**                                                                    **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 16th day of May, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE